IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAWN LOUIS JACOBS,

      Plaintiff,

v.   No. CIV 07-1224 JCH/LFG

CORRECTIONS CORPORATION OF
AMERICA and UNKNOWN NUMBER
OF EMPLOYEES,

      Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed January 17, 2008 [Doc. 11]. Plaintiff did not file objections, and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that summary judgment is granted in favor of Defendants, Plaintiff's complaint is denied, and this action be, and it hereby is, dismissed with prejudice.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE